IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

T. KEITH HOLLIS; et al.                                               PLAINTIFFS

v.                                           CIVIL ACTION NO. 1:21-CV-163-GHD-RP

JOSEPH R. BIDEN, JR.; et al.                                  DEFENDANTS

<u>ORDER SETTING DEADLINE FOR RESPONSE</u>

Given the exigent circumstances and the presently scheduled November 18, 2021, hearing date regarding the Plaintiffs' pending motion for preliminary injunction, the Court finds that requiring the Defendants to respond to the Plaintiffs' pending motion prior to November 16, 2021, is necessary. Accordingly, the Court directs the Defendants to file a written response to the subject motion by 12:00 noon on Monday, November 15, 2021.

THEREFORE, the Court hereby ORDERS that the Defendants file a written response to the Plaintiffs' pending motion for preliminary injunction [5] by 12:00 noon on Monday, November 15.

SO ORDERED, this, the 9th day of November, 2021.

                                                              _____
                                                              SENIOR U.S. DISTRICT JUDGE