IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

T. KEITH HOLLIS; et al.                                                                PLAINTIFFS

v.                                                             CIVIL ACTION NO. 1:21-CV-163-GHD-RP

JOSEPH R. BIDEN, JR.; et al.                                                          DEFENDANTS

**ORDER DENYING PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND DISMISSING ACTION FOR LACK OF STANDING**

Pursuant to an opinion issued this day, it is hereby ORDERED that:

(1) the Plaintiffs' motion for injunctive relief [Doc. No. 5] is DENIED;

(2) the Plaintiffs have failed to establish that they possess standing to bring this action; the Court therefore LACKS JURISDICTION to adjudicate this matter;

(3) the Plaintiffs' claims are therefore DISMISSED WITHOUT PREJUDICE; and

(4) this case is CLOSED.

All memoranda, depositions, declarations, and other materials considered by the Court in ruling on this motion are hereby incorporated into and made a part of the record in this action.

SO ORDERED, this, the 23rd day of November, 2021.

_____
SENIOR U.S. DISTRICT JUDGE