**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION**

T. KEITH HOLLIS, PH.D.,

DENNIS W. SMITH, JR. PH.D.

RANDALL LITTLE, PH. D.

TIMOTHY BODEN,

AND

MARK MURPHY

      *Plaintiffs,*

vs.                          Civil Action No. 1:21-cv-00163-GHD-RP

JOSEPH R. BIDEN, JR.,
in his official capacity as
President of the United States of
America; *et al.*

      *Defendants.*

---

**ALL PLAINTIFFS' NOTICE OF APPEAL TO THE FIFTH CIRCUIT COURT
OF APPEALS FROM THE DISTRICT COURT'S ORDER DENYING
PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND
DISMISSING ACTION FOR LACK OF STANDING**

---

NOTICE is hereby given, pursuant to Federal Rule of Appellate Procedure 4, that all Plaintiffs in the above-captioned proceeding hereby file this Notice of Appeal to the United States Court of Appeals for the Fifth Circuit from the ***Order Denying Plaintiffs' Motion for Preliminary Injunction and Dismissing Action for Lack of Standing*** (Doc. 28) of the United States District Court for the Northern District of Mississippi, said Order having been entered on November 23, 2021.

1

Respectfully submitted on this the 30th day of November 2021,

/s/ Matthew D. Wilson

By:_____

Matthew Wilson (MS 102344)
PO Box 4814
Mississippi State, MS 39762
T: (662) 312-5039
starkvillelawyer@gmail.com
ATTORNEY FOR THE PLAINTIFFS

## CERTIFICATE OF SERVICE

I, Matthew D. Wilson, attorney of record for the Plaintiff, do hereby certify that I have this day, November 30, 2021, caused a true and correct copy of the above and foregoing Notice of Appeal to be delivered by the ECF Filing System, which gave notice to all counsel of record who have appeared herein:

The Hon. Charles Winfield
— cwinfield@winfieldlawfirm.com

The Hon. Kristin A. Taylor
— kristin.a.taylor@usdoj.gov

The Hon. Joan L. Lucas
— jlucas@legal.msstate.edu

The Hon. Samuel David Wright
— samuel.wright@usdoj.gov

The Hon. Kevin J. Wynosky
— kevin.j.wynosky@usdoj.gov

The Hon. Stuart Davis
— stuart.davis@usdoj.gov

The Hon. Vinita B. Andrapalliyal
— vinita.b.andrapalliyal@usdoj.gov

Respectfully submitted on this the 30th day of November 2021,

/s/ Matthew D. Wilson